The relief described hereinbelow is SO ORDERED

Done this 8th day of June, 2015.

*William R. Sawyer signature*

**William R. Sawyer**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:
DONYELL HUTCHINSON                                       Chapter 13
  Debtor(s)                                              Case No. 08-81089

### ORDER DIRECTING PAYMENT OF FUNDS TO CLAIMANT

Upon consideration of the Application for Unclaimed Funds filed on June 2, 2015 (Doc. 38), it is hereby

**ORDERED** that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $445.11 to the claimant at the following address:

        Lee H. Stewart
        35308 SE Center St.
        Snoqualmie, WA  98065

###END OF ORDER###

c:Debtor
  Debtor's Attorney
  Chapter 13 Trustee
  U.S. Attorney
  Lee H. Stewart, 3734 Altacrest Dr., Vestavia, AL  35243
  Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA  98065

Submitted by:
Janet Clark